### KENNEDY *v.* KENNEDY.

RUSSELL, C. J. In this case the defendant in an action for alimony brought by his wife for the support of his minor child pleaded that his acquittal of the charge of abandoning this minor child precluded the right to alimony asserted by the wife in her petition. There is no merit whatever in this contention. *Judgment affirmed. All the Justices concur.*

No. 10668. MAY 16, 1935.

*H. H. Elders,* for plaintiff in error. *C. L. Cowart,* contra.